

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Wendolyn Messner, as Dependent Administrator, Appellant

No. 06-14-00020-CV          v.

Mark L. Boon and Boon Shaver Echols Coleman & Goolsby, P.L.L.C., Appellees

Appeal from the County Court at Law of Rusk County, Texas (Tr. Ct. No. 02-043 A). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter* participating. *Jack Carter, Justice, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's summary judgment in favor of appellees with respect to claims relating to damages allegedly suffered by Juanita Bengel. We reverse the trial court's summary judgment dismissing the claims by Wendolyn Messner in her capacity as the personal representative of Delbert M. Messner's estate against appellees and remand those claims to the trial court for further proceedings consistent with this opinion.

We further order that the appellees, Mark L. Boon and Boon Shaver Echols Coleman & Goolsby, P.L.L.C., pay all costs of this appeal.

RENDERED JANUARY 28, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk